# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1634

_____

United States of America

*Plaintiff - Appellee*

v.

Kevin Herring

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted:  July 13, 2017
Filed: July 21, 2017
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Kevin Herring appeals the district court's[1] order revoking his supervised release and imposing a 10-month sentence.  His counsel has moved for leave to

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

withdraw and has filed a brief questioning the reasonableness of Herring's revocation sentence.

Our review of the record satisfies us that the district court did not abuse its discretion in sentencing Herring as it did.  <u>See</u> <u>United States v. Johnson</u>, 827 F.3d 740, 744 (8th Cir. 2016) (appellate court reviews district court's revocation sentence under abuse-of-discretion standard).

The judgment is affirmed, and counsel's motion for leave to withdraw is granted.

_____